[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10442
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-00352-MLB-RGV-16

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODRIGO LEON-CASTILLO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(July 6, 2020)

Before JORDAN, NEWSOM and BRANCH, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily).